# FILED

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0160

**BRIAN M. LEBSOCK (MONTANA BAR NO. 13196)**
  blebsock@postlebsock.com
POST & LEBSOCK, PLLC
201 W. MAIN ST., SUITE 101
MISSOULA, MT 59802
(406) 926-3418

**R. SHANE JOHNSON (UTAH BAR NO. 14217)**
  shane@utahdefense.com
24 D STREET
SALT LAKE CITY, UTAH 84103
(801) 656-8061 PHONE
*PRO HAC VICE*

*Attorneys for Respondent/Appellant*

IN THE SUPREME COURT OF THE STATE OF MONTANA

Appeal No. DA-23-0160

| | |
|---|---|
| ERIKA DAWN PETERSEN-WEILACHER, <br><br> Petitioner/Appellee, <br><br> -*v*- <br><br> SCOTT MATTHEW WEILACHER, <br><br> Respondent/Appellant. | **ORDER GRANTING REQUEST FOR 30-DAY EXTENSION TO FILE APPELLANT'S OPENING BRIEF** |

Based on the *Request for 30-Day Extension to File Appellant's Opening Brief*, and for good cause appearing under Rule 26(1) of Montana's Rules of Appellate Procedure, the Court GRANTS the motion to extend the briefing deadline by 30 days, making Appellant's opening brief due June 22, 2023.

DATED this ___ day of _____, 2023.

_____
Justice's Signature

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2023